UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Luis Diaz Manzo,

               Petitioner

v.

Markwayne Mullin, et al.,

               Respondents

Case No. 2:26-cv-00830-CDS-DJA

**Order Granting Petitioner's Unopposed Motion to Extend Time**

[ECF No. 9]

Petitioner Luis Diaz Manzo's counsel moves, for the second time, to extend the deadline to file an amended petition for writ of habeas corpus by twenty-one days. Mot., ECF No. 9. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay. In addition, the petitioner's counsel represents that the respondents' counsel does not oppose the extension.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 6] is GRANTED**. The amended petition is due by June 5, 2026.

Dated: May 18, 2026

_____
Cristina D. Silva
United States District Judge