TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Luis Manuel Diaz Manzo,<br><br>        Petitioner,<br>    v.<br><br>John Mattos, *et al.*,<br><br>        Respondents. | Case No. 2:26-cv-00830-CDS-DJA<br><br>**Order Approving Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 11)  (First Request)**<br><br>[ECF No.  12] |

    Petitioner Luis Manuel Diaz Manzo ("Petitioner") and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 11, extending the deadline from June 22, 2026, to June 26, 2026. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

///

///

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from June 22, 2026, to June 26, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 22nd day of June 2026.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Shelly Richter*<br>Shelly Richter<br>Assistant Federal Public Defender<br>California Bar No. 343104<br>411 E. Bonneville Ave., Ste. 250<br>Las Vegas, Nevada 89101<br>(702) 388-6577<br>Shelly_Richter@fd.org<br>*Attorney for Petitioner Luis Manuel Diaz Manzo* | */s/ Martin J. Mayer*<br>MARTIN J. MAYER<br>Special Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** ___June 22, 2026_____

2