Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Shelly_Richter@fd.org

*Attorney for Petitioner Luis Manuel Diaz Manzo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Luis Manuel Diaz Manzo,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-00830-CDS-DJA

**Order Approving Stipulation to Extend Time to File Reply in Support of Petition**

[ECF No. 17]

**STIPULATION**

Petitioner Manzo and Federal Respondents, through undersigned counsel, hereby submit this stipulation for an extension of time for Petitioner's reply in support of his petition, extending the deadline from July 9, 2026, to July 23, 2026.

Petitioner's counsel conferred with Respondents' counsel regarding the proposed extension, and Respondents' counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file a reply in support of his petition from July 9, 2026, to July 23, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 9th day of July, 2026.

| | |
|---|---|
| **TODD BLANCHE** | **RENE L. VALLADARES** |
| Deputy Attorney General | Federal Public Defender |
| Sigal Chattah | Nevada Bar #11479 |
| First Assistant U.S. Attorney | |
| By: */s/ Martin J. Mayer* | By: */s/ Shelly Richter* |
| Martin J. Mayer | Shelly Richter |
| Special Assistant U.S. Attorney | Assistant Federal Public Defender |
| | California Bar #343104 |

IT IS SO ORDERED:

_____
United States District Judge

DATED:  July 13, 2026