UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Luis Diaz Manzo,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-00830-CDS-DJA

**Order Granting Petitioner's Motions for Limited Discovery and Extension of Time to File a Reply**

[ECF Nos. 19, 20]

Petitioner Luis Diaz Manzo filed a motion seeking limited discovery and a second motion to extend time to file a reply in support of his writ of habeas corpus. Mots., ECF No. 19, 20. Diaz Manzo's counsel argues that more time is needed because they have not received the audio recording of the petitioner's bond hearing before the immigration judge. ECF No. 20. Diaz Manzo therefore requests an order directing the respondents to immediately produce the audio recording of the bond hearing, along with any related orders or relevant documents. ECF No. 19.

The respondents have not filed any opposition. For this reason, Diaz Manzo's motions for limited discovery and an extension of time **[ECF Nos. 19, 20] are granted** nunc pro tunc. The respondents must provide the petitioner with the audio recording of the bond hearing, along with any related orders or other relevant documents, no later than August 12, 2026. Further, the petitioner's reply is due by August 19, 2026.

Dated: August 4, 2026

Cristina D. Silva
United States District Judge